UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 17-6963-MWF(JEMx)**                    Dated: **December 20, 2017**

Title:      Myca Sunderland -*v*- Syndicated Office Systems, LLC DBA Central Financial
            Control, et al.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

Cheryl Wynn                                          None Present
Relief Courtroom Deputy                              Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                         None Present

PROCEEDINGS (IN CHAMBERS):          ORDER TO SHOW CAUSE

        In light of the Notice of Settlement filed December 19, 2017, the Court sets a hearing
on Order To Show Cause Re Dismissal for **February 26, 2018 at 11:30 a.m.**  If a stipulated
dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is
needed.  *All other dates are hereby vacated.*

        **IT IS SO ORDERED.**

MINUTES FORM 90                                  Initials of Deputy Clerk   __cw__
CIVIL - GEN