# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**MYCA SUNDERLAND,**

    Plaintiff,

    v.

**SYNDICATED OFFICE SYSTEMS, LLC DBA CENTRAL FINANCIAL CONTROL; AND, DOES 1-20, INCLUSIVE,**

    Defendant.

Case No.: CV17-6963 MWF (JEMx)

**ORDER**

**HON. MICHAEL W. FITZGERALD**

    Based upon the Parties' Stipulation, and good cause, this Court hereby orders the action to be, and is, dismissed with prejudice. Each Party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: **February 26, 2018**      _____

                                                   HON. MICHAEL W. FITZGERALD
                                                 UNITED STATES DISTRICT COURT JUDGE

PROOF OF SERVICE